# Exhibit A

# Meredith Database – Masterfile Mailing List

Subscribers and buyers of books and magazines published by Meredith Corporation® have been merged to identify slices of lifestyle for all consumer marketers.

[Get Count] [Get Pricing] [Get More Information]

| SEGMENTS | | COUNTS THROUGH 07/31/2021 | |
|---|---|---|---|
| 14,989,713 | TOTAL UNIVERSE / BASE RATE | | $115.00/M |
| 14,989,713 | ACTIVE SUBSCRIBERS | | $115.00/M |
| 1,047,993 | 1 MONTH HOTLINE SUBSCRIBERS | | + $17.00/M |
| 3,347,776 | 3 MONTH HOTLINE SUBSCRIBERS | | + $12.00/M |
| 6,368,334 | 6 MONTH HOTLINE SUBSCRIBERS | | + $9.00/M |
| 322,592 | 3 MOS COA SUBSCRIBERS | | + $12.00/M |
| | GIFT GIVERS | | + $17.00/M |
| | EXPIRES | | $75.00/M |
| | ACTIVE CANADIAN SUBSCRIBERS | | $130.00/M |
| | CATALOG RATE | | $85.00/M |
| | FUNDRAISING RATE | | $80.00/M |

| POPULARITY: | ••••• 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | ✉ |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA / CANADA |
| GENDER: | 79% FEMALE 18% MALE |

| SELECTS | |
|---|---|
| 3RD PARTY BLOW-IN | $10.00/M |
| AGE | $16.00/M |
| DMS | $12.00/M |
| ENGAGEMENT SCORES/LIFESTYLE INTERESTS | $16.00/M |
| GENDER | $9.00/M |
| INCOME | $16.00/M |
| PAID | $12.00/M |
| STATE/SCF/ZIP | $10.00/M |
| ZIP SELECT (4 OR MORE AREAS) | $15.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $3.50/M |
| EMAIL | $65.00/F |
| FTP | $65.00/F |

## DESCRIPTION



Subscribers and buyers of books and magazines published by Meredith Corporation® have been merged to identify slices of lifestyle for all consumer marketers.

From growing families to new movers to the wealthiest households in America, the MEREDITH Masterfile provides unrivaled access to the most important niches in consumer direct marketing. The 11 million active subscribers and buyers of MEREDITH'S magazines, books, and products comprise America's richest resource of home and family consumers.

### RELATED LISTS

- FOCUS USA MASTERFILE - POSTAL AND EMAIL
- MASTER FILE
- SENIORS - AGE 50+ WITH EXACT AGE
- AMERICAN RESPONDERS: SWEEPSTAKES
- CONSUMER MASTERFILE POWERED BY DATALINE
- DATA AXLE CONSUMER DATABASE
- I-BEHAVIOR DATABASE
- BOOMER-PAK POSTAL DATABASE AND DIRECT MAIL
- PROFILE AMERICA POSTAL AND EMAIL MASTERFILE
- CONSUMER REPORTS