# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DIANA DUDA, individually and on behalf of all others similarity situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MEREDITH CORPORATION, an Iowa Corporation,<br><br>　　　　　　　Defendant. | Case No. 1:21-cv-04531<br><br>Hon. Franklin U. Valderrama, District Judge<br>Hon. Sheila M. Finnegan, Magistrate Judge |

### DEFENDANT MEREDITH CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1, Defendant Meredith Corporation ("Meredith"), by and through its undersigned counsel, hereby states that it is a publicly held Iowa corporation, it has no parent corporation, and that the publicly held corporations Blackrock Inc. and the Vanguard Group, Inc. own 10% or more of its stock. Pursuant to Local Rule 3.2, Meredith discloses that the following entities own more than 5% of its stock: Ariel Investments, LLC and Dimensional Fund Advisors, LP.

Dated: September 8, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**COOLEY LLP**

　　　　　　　　　　　　　　By:　　*/s/ Robert E. Earles*
　　　　　　　　　　　　　　　　　　Robert E. Earles (6308936)
　　　　　　　　　　　　　　　　　　444 W Lake Street, Suite 1700
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Tel: (312) 881-6500
　　　　　　　　　　　　　　　　　　rearles@cooley.com

Tiana A. Demas (*pro hac vice* pending)
55 Hudson Yards
New York, NY 10001-2157
Tel: (212) 479-6000
tdemas@cooley.com

David E. Mills (*pro hac vice* pending)
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 842-7800
dmills@cooley.com

*Counsel for Defendant Meredith Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of September, 2021, I caused a true and correct copy of the foregoing **Corporate Disclosure Statement and Notification As to Affiliates** to be filed through the Court's CM/ECF System and served the below Counsel of Record via electronic mail:

| | |
|---|---|
| J. Dominick Larry<br>nick@nicklarry.law<br>NICK LARRY LAW LLC<br>8 S Michigan Ave, Suite 2600<br>Chicago, IL 60603<br>Tel: (773) 694-4669<br>Fax: (773) 694-4691<br><br>Frank S. Hedin<br>fhedin@hedinhall.com<br>Arun G. Ravindran<br>aravindran@hedinhall.com<br>HEDIN HALL LLP<br>1395 Brickell Avenue, Suite 1140<br>Miami, Florida 33131<br>Tel: (305) 357-2107<br>Fax: (305) 200-8801 | |

                                                   */s/ Robert E. Earles*
                                                   Robert E. Earles