# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIANA DUDA, individually and on behalf of all others similarity situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION, an Iowa Corporation,<br><br>　　　　　　　Defendant. | Case No. 1:21-cv-04531<br><br>Hon. Franklin U. Valderrama, District Judge<br>Hon. Sheila M. Finnegan, Magistrate Judge |

## DEFENDANT MEREDITH CORPORATION'S
## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Meredith Corporation ("Meredith"), by and through its undersigned counsel, hereby moves to extend until November 15, 2021 its deadline to answer or otherwise respond to the complaint filed by Plaintiff Diana Duda on August 24, 2021 (ECF No. 1) ("Complaint"). In support of its unopposed motion, Meredith states as follows:

1. Meredith was served with a copy of the Complaint, along with its accompanying Summons in a Civil Case ("Summons") on August 26, 2021.

2. The Summons, issued by the Court on August 25, 2021 and pursuant to Fed. R. Civ. P. 12, provides Meredith with twenty-one (21) days after service to answer or otherwise respond to the Complaint, thus setting the current deadline as September 16, 2021.

3. Meredith has recently retained counsel in this case and is currently reviewing the allegations of the Complaint. Meredith respectfully requests a sixty (60) day extension of time through November 15, 2021 to answer or otherwise respond to the Complaint.

4. This unopposed motion is Meredith's first request for an extension of time.

5. Counsel for Meredith conferred with Plaintiff on August 31, 2021, regarding the request for an extension through November 15, 2021, and Plaintiff does not oppose.

WHEREFORE, Meredith respectfully requests that its deadline to answer or otherwise respond to the Complaint be extended sixty (60) days through November 15, 2021.

Dated: September 8, 2021

Respectfully submitted,

**COOLEY LLP**

By: */s/ Robert E. Earles*
Robert E. Earles (6308936)
444 W Lake Street, Suite 1700
Chicago, IL 60606
Tel: (312) 881-6500
rearles@cooley.com

Tiana A. Demas (*pro hac vice* pending)
55 Hudson Yards
New York, NY 10001-2157
Tel: (212) 479-6000
tdemas@cooley.com

David E. Mills (*pro hac vice* pending)
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 842-7800
dmills@cooley.com

*Counsel for Defendant Meredith Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2021, I caused a true and correct copy of the foregoing **Unopposed Motion to Extend Time to Respond to Complaint** and **Notice of Appearance** to be filed through the Court's CM/ECF System and served the below Counsel of Record via electronic mail:

| | |
|---|---|
| J. Dominick Larry<br>nick@nicklarry.law<br>NICK LARRY LAW LLC<br>8 S Michigan Ave, Suite 2600<br>Chicago, IL 60603<br>Tel: (773) 694-4669<br>Fax: (773) 694-4691<br><br>Frank S. Hedin<br>fhedin@hedinhall.com<br>Arun G. Ravindran<br>aravindran@hedinhall.com<br>HEDIN HALL LLP<br>1395 Brickell Avenue, Suite 1140<br>Miami, Florida 33131<br>Tel: (305) 357-2107<br>Fax: (305) 200-8801 | |

*/s/ Robert E. Earles*
Robert E. Earles