## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Diana Duda

                    Plaintiff,

v.                                       Case No.: 1:21−cv−04531
                                                      Honorable Franklin U. Valderrama

Meredith Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 13, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: Defendant Meredith Corporation's unopposed motion to extend time to respond to complaint [7] is granted. Defendant Meredith Corporation's responsive deadline is extended to 11/15/2021. The joint initial status report deadline [4] is extended to 11/22/2021. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.