# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIANA DUDA, individually and on behalf of all others similarity situated,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION, an Iowa Corporation,<br><br>Defendant. | Case No. 1:21-cv-04531<br><br>Hon. Franklin U. Valderrama, District Judge<br>Hon. Sheila M. Finnegan, Magistrate Judge |

## DEFENDANT MEREDITH CORPORATION'S
## UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendant Meredith Corporation ("Meredith"), by and through its undersigned counsel, hereby moves this Court for leave to file an oversized brief supporting its forthcoming motion to dismiss the complaint filed by Plaintiff Diana Duda on August 24, 2021 (ECF No. 1) ("Complaint"). In support of its unopposed motion, Meredith states as follows:

1. On August 26, 2021, Meredith was served with a copy of the Complaint, along with an accompanying summons.

2. Pursuant to the Court's order (ECF No. 11), Meredith's deadline to respond to the Complaint is November 15, 2021.

3. To adequately and completely address the allegations in the Complaint, and in consideration of the complexity of the issues, Meredith respectfully requests leave to file a memorandum of law totaling up to twenty (20) pages in support of its motion to dismiss.

4. On November 12, 2021, counsel for Meredith conferred with Plaintiff about the request to file an oversized brief. Plaintiff does not oppose this request.

WHEREFORE, Meredith respectfully requests that the Court enter an Order allowing it to file a brief totaling up to twenty (20) pages in support of its motion to dismiss the Complaint.

Dated: November 12, 2021

Respectfully submitted,

**COOLEY LLP**

By: */s/ Tiana A. Demas*
Tiana A. Demas (*pro hac vice*)
Robert E. Earles (6308936)
444 W Lake Street, Suite 1700
Chicago, IL 60606
Tel: (312) 881-6500
tdemas@cooley.com

David E. Mills (*pro hac vice*)
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 842-7800
dmills@cooley.com

*Counsel for Defendant Meredith Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of November, 2021, I caused a true and correct copy of the foregoing to be filed through the Court's CM/ECF System, which will automatically serve the below Counsel of Record:

J. Dominick Larry
nick@nicklarry.law
NICK LARRY LAW LLC
8 S Michigan Ave, Suite 2600
Chicago, IL 60603

Frank Hedin
fhedin@hedinhall.com
Arun G. Ravindran
aravindran@hedinhall.com
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131

                                               */s/ Tiana A. Demas*
                                               Tiana A. Demas