# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Diana Duda

                Plaintiff,

v.                                    Case No.: 1:21−cv−04531
                                                   Honorable Franklin U. Valderrama

Meredith Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 15, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court grants Defendant Meredith Corporation's unopposed motion [14] for leave to file an oversized brief totaling up to 20 pages in support of its forthcoming motion to dismiss. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.