**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DIANA DUDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>Defendant. | Case No. 1:21-cv-04531<br><br>Hon. Franklin U. Valderrama, District Judge<br><br>Hon. Sheila M. Finnegan, Magistrate Judge<br><br>**ORAL ARGUMENT REQUESTED** |

### DECLARATION OF LAWRENCE BOLTON

Pursuant to 28 U.S.C. § 1746, I, Lawrence Bolton, hereby declare as follows:

1. I am a paralegal at the law firm of Cooley LLP, and I am based out of the Reston, Virginia office.

2. I am supervised by the counsel representing Defendant Meredith Corporation ("Meredith") in the above-captioned litigation.

3. On November 12, 2021, using my work computer, I navigated to the NextMark website (https://www.nextmark.com).

4. I then navigated to a specific webpage on the NextMark website: https://lists.nextmark.com/market?page=research/request_info&id=295101. The webpage was titled: "Meredith Database – Masterfile Mailing List." I compared the content of this webpage to that of the screenshot that appears at paragraph 4 and Exhibit A to Plaintiff's Complaint (Docket No. 1:21-cv-04531, ECF No. 1), and I determined they matched. An image of the webform I viewed appears on page 2 of the attached Exhibit 1.

5. Three red buttons appeared near the top of the webform. These buttons were marked: "Get Count" "Get Pricing" and "Get More Information."

6. I then clicked on each button. Doing this took me to the same webform each time; the webform was titled: "Request for Information." A true and correct copy of this webform is attached at page 3 of Exhibit 1.

7. The "Request for Information" webform contained a series of boxes to fill in. One of boxes, "Your Industry," contained a drop-down list of options. A true and correct copy of the drop-down list is attached at pages 4-5 of Exhibit 1.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 15th day of November 2021, in Fairfax County, Virginia.

_____
Lawrence Bolton

# Exhibit 1





3



