# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Diana Duda

                Plaintiff,

v.                                              Case No.: 1:21−cv−04531

                                                       Honorable Franklin U. Valderrama

Meredith Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 18, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court sets the following briefing schedule on Defendant Meredith Corporation's motion to dismiss [16]: Plaintiff's response due by 12/8/2021; Defendant's reply due by 12/22/2021. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.