# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIANA DUDA, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-04531 |
| Plaintiff, | Hon. Franklin U. Valderrama, District Judge |
| v. | Hon. Sheila M. Finnegan, Magistrate Judge |
| MEREDITH CORPORATION, | |
| Defendant. | |

### AGREED MOTION FOR STAY OF DISCOVERY

Defendant Meredith Corporation and Plaintiff Diana Duda (the "Parties") jointly move the Court to enter an Order that stays discovery and stays the deadline for the parties to submit their joint status report until after the Court decides Meredith's pending motion to dismiss.

1. Meredith filed its motion to dismiss on November 15, 2021 (ECF No. 16).

2. To conserve judicial resources and the resources of the Parties, the Parties agree that all discovery should be stayed until the Court issues an order on Meredith's motion to dismiss.

3. The Parties further agree that the deadline for the joint status report (currently November 22, 2021) should be stayed until the Court issues an order on Meredith's motion to dismiss.

4. The Parties respectfully request that the Court enter the enclosed Order.

Dated: November 19, 2021

Respectfully submitted,

**COOLEY LLP**

By: /s/ Tiana Demas
Tiana Demas (*pro hac vice*)
Robert E. Earles (6308936)
444 W Lake Street, Suite 1700
Chicago, IL 60606
Tel: (312) 881-6500
tdemas@cooley.com
rearles@cooley.com

David E. Mills (*pro hac vice*)
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 842-7800
dmills@cooley.com

*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was served on November 19, 2021, via the Court's ECF system, to all counsel of record.

                */s/ Tiana A. Demas*
                Tiana A. Demas

259970583