# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIANA DUDA, individually and on behalf of all others similarity situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MEREDITH CORPORATION, an Iowa Corporation,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-04531<br><br>Hon. Franklin U. Valderrama, District Judge<br>Hon. Sheila M. Finnegan, Magistrate Judge |

### DEFENDANT MEREDITH CORPORATION'S AMENDED CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1, Defendant Meredith Corporation ("Meredith") provides the following amended corporate disclosure statement and notification as to affiliates:

1.　In a series of transactions completed on December 1, 2021, all of Meredith Corporation's assets relating to its corporate function and National Media Group business—including the publishing and magazine assets at issue in this litigation—were transferred to an entity named Meredith Operations Corporation.

2.　Meredith Operations Corporation is a wholly owned subsidiary of Meredith Holdings Corporation. Meredith Holdings Corporation was acquired by Dotdash Media Inc. ("Dotdash"), a Delaware corporation that is a wholly owned subsidiary of IAC/Interactive Corporation ("IAC"), a publicly held corporation.

3.　On December 1, 2021, Meredith Corporation merged with a subsidiary of Gray Television, Inc. and ceased to be an affiliate of Meredith Operations Corporation.

4. As the corporate parents of Meredith Operations Corporation and Meredith Holdings Corporation, Dotdash and IAC have a direct pecuniary interest in the outcome of this case.

5. While Dotdash, IAC, and Meredith Holdings Corporation have a number of wholly owned subsidiaries, none of those (other than Meredith Operations Corporation) have a direct or indirect pecuniary interest in the outcome of this case.

6. The Vanguard Group owns 8.44% of IAC's stock. T. Rowe Price Associates owns 7.65% of IAC's stock. Meredith is not aware of any other entities that 5% or more of IAC's stock.

Dated: December 10, 2021

Respectfully submitted,

**COOLEY LLP**

By: */s/ Tiana A. Demas*
Tiana A. Demas (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Tel: (212) 479-6000
tdemas@cooley.com

Robert E. Earles (6308936)
444 W Lake Street, Suite 1700
Chicago, IL 60606
Tel: (312) 881-6500
rearles@cooley.com

David E. Mills (admitted pro *hac vice*)
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 842-7800
dmills@cooley.com

*Counsel for Defendant Meredith Corporation*

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was served on December 10, 2021, via the Court's ECF system, to all counsel of record.

                                                                */s/ Tiana Demas*
                                                                Tiana Demas