# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIANA DUDA, individually and on behalf of all others similarity situated,<br><br>                Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION, an Iowa Corporation,<br><br>                Defendant. | Case No. 1:21-cv-04531<br><br>Hon. Franklin U. Valderrama, District Judge<br>Hon. Sheila M. Finnegan, Magistrate Judge |

## DEFENDANT MEREDITH CORPORATION'S
## MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendant Meredith Corporation, now known as Dotdash Meredith ("Meredith"), by and through its undersigned counsel, hereby moves this Court for leave to file an oversized reply brief in further support of its motion to dismiss the complaint filed by Plaintiff Diana Duda on August 24, 2021 (ECF No. 1) ("Complaint"). In support of its motion, Meredith states as follows:

1. On August 26, 2021, Meredith was served with a copy of the Complaint, along with an accompanying summons.

2. Meredith moved to dismiss the Complaint on November 15, 2021 (ECF No. 16). Plaintiff filed her opposition brief on December 8, 2021 (ECF No. 20). Meredith's reply brief is due on December 22, 2021.

3. To adequately and completely reply to the arguments in Plaintiff's opposition brief (ECF No. 20), in consideration of the complexity of the issues, and to comply with the Court's

rule regarding substantive arguments in footnotes, Meredith respectfully requests leave to file a reply brief totaling up to 20 pages in length.

4. Plaintiff opposes this motion.

WHEREFORE, Meredith respectfully requests that the Court enter an Order allowing it to file a reply brief of up to 20 pages.

Dated: December 21, 2021

Respectfully submitted,

**COOLEY LLP**

By: /s/ *Tiana A. Demas*
Tiana A. Demas (*pro hac vice*)
Robert E. Earles (6308936)
444 W Lake Street, Suite 1700
Chicago, IL 60606
Tel: (312) 881-6500
tdemas@cooley.com

David E. Mills (*pro hac vice*)
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 842-7800
dmills@cooley.com

*Counsel for Defendant Meredith Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21th day of December, 2021, I caused a true and correct copy of the foregoing to be filed through the Court's CM/ECF System, which will automatically serve the below Counsel of Record:

J. Dominick Larry
nick@nicklarry.law
NICK LARRY LAW LLC
8 S Michigan Ave, Suite 2600
Chicago, IL 60603

Frank Hedin
fhedin@hedinhall.com
Arun G. Ravindran
aravindran@hedinhall.com
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131

                                                                */s/ Tiana A. Demas*
                                                                Tiana A. Demas