# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Diana Duda

                            Plaintiff,

v.                                                      Case No.: 1:21−cv−04531
                                                    Honorable Franklin U. Valderrama

Meredith Corporation

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 22, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court denies Defendant Meredith Corporation's opposes motion for leave to file excess pages [22]. As a general rule, the Court disfavors reply briefs that exceed response briefs in length, and the Court does not find that Defendant has provided sufficient justification for excess pages in its motion. Defendant may have until 12/23/2021 to file its reply. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.