# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Diana Duda

                      Plaintiff,

v.                                                Case No.: 1:21−cv−04531
                                                         Honorable Franklin U. Valderrama

Meredith Corporation

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 22, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: In−person motion hearing on Defendant Meredith Corporation's Motion to Dismiss [16] held on 11/22/2022. All parties appeared in−person. The Court discussed Defendant's Motion to Dismiss [16] and Defendant's Notice of Filing Additional Supplemental Authority in Support of its Motion to Dismiss the Class Action Complaint [33]. Plaintiff's counsel informed the Court of the Seventh Circuit's decision issued earlier in the morning in 22−1489 Huston v. Hearst Communications, Inc., which affirmed the district court's dismissal of the plaintiff's Illinois Right of Publicity Claim. In light of the ruling, Plaintiff's oral motion to voluntarily dismiss this case without prejudice is granted with no objection from Defendant's Counsel. Civil case terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.